UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDSON GELIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 22-2489 (UNA) |
| | ) |
| U.S. ATTORNEY GENERAL | ) |
| MERRICK GARLAND, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**MEMORANDUM OPINION**

This matter is before the Court on Edson Gelin's application to proceed *in forma pauperis* (ECF No. 2) and his *pro se* "Emergency Writ of Mandamus" (ECF No. 1). Generally, Petitioner alleges that the Assistant United States Attorney who prosecuted his criminal case and members of a Drug Enforcement Administration Task Force who investigated Petitioner's activities "engaged in countless criminal acts in the course of their investigation, arrest, and prosecution" of Petitioner. Pet. ¶ 1. His efforts to have officials of the United States Department of Justice investigate the matter have been unsuccessful, *see generally id.* ¶¶ 1-8. Petitioner asks this Court "to compel [Respondents] to perform [their] nondiscretionary duties by fully investigating his criminal and civil rights complaints which contain verifiable claims of government corruption[.]" *Id.* at 9 (page number designated by CM/ECF).

A writ of mandamus "compel[s] an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." 28 U.S.C. § 1361. "[M]andamus is

'drastic'; it is available only in 'extraordinary situations.'" *In re Cheney*, 406 F.3d 723, 729 (D.C. Cir. 2005) (citations omitted). Only if "(1) the plaintiff has a clear right to relief; (2) the defendant has a clear duty to act; and (3) there is no other adequate remedy available to the plaintiff," *Thomas v. Holder*, 750 F.3d 899, 903 (D.C. Cir. 2014), is mandamus relief granted. Petitioner does not establish a clear right to relief or Respondents' clear duty to act where, as here, the decision to investigate an Assistant United States Attorney and members of a Drug Enforcement Administration Task Force is discretionary. *See Heckler v. Chaney*, 470 U.S. 821, 831 (1985) (noting that "an agency's decision not to prosecute or enforce, whether through civil or criminal process, is a decision generally committed to an agency's absolute discretion").

The Court will grant Petitioner leave to proceed *in forma pauperis*, deny the request for a writ of mandamus, and dismiss this civil action. An Order accompanies this Memorandum Opinion.

DATE: October 3, 2022

_____
JIA M. COBB
United States District Judge